# EXHIBIT A

**STATE OF MICHIGAN**
**COUNTY OF WAYNE**
**SEARCH WARRANT**

**TO THE SHERIFF OR ANY PEACE OFFICER OF SAID COUNTY; PO Troy Williams**
Affiant, having sworn to an affidavit for a search warrants, and having under oath-examined affiant, I am satisfied that probable cause exists:

**\*THEREFORE IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I COMMAND THAT YOU SEARCH THE FOLLOWING DESCRIBED PLACE:** The residence located at ▉▉▉ Shiawassee Street APT ▉▉▉ building ▉▉▉ Southfield MI ▉▉▉ (hereinafter referred to as TARGET PREMISES). The TARGET PREMISES is inside of a two-story red brick and tan trimmed apartment building with tan pillars. The TARGET PREMISES is located on the 2nd floor in the southeast corner of apartment building ▉▉▉. The entry door of the TARGET PREMISES is a wooden door with the numbers ▉▉▉ affixed on it. The TARGET PREMISES is located between ▉▉▉ and ▉▉▉ also located on the north side of the Shiawassee Street. This dwelling is located in the City of Southfield, the County of Oakland and the State of Michigan zip code ▉▉▉



**SEARCH WARRANT CONT.**

**STATE OF MICHIGAN**
**COUNTY OF WAYNE**

<u>Also to be searched is the occupant</u>: *Jamar Calvin Lee-Stinson, B/M/09-04-1993, 5'8" approximately 145 lbs., medium complexion, with brown eyes and black hair (last known to be braided). Jamar Calvin Lee-Stinson has the state id number of ▓▓▓▓▓. Below, titled image 1 is a photograph of Jamar Calvin Lee Stinson.*

Image 1



AND TO SEARCH FOR, SEIZE, AND SEARCH IF FOUND, TABULATE, AND MAKE RETURN ACCORDING TO LAW THE FOLLOWING PROPERTY AND THINGS WHICH HAVE BEEN USED IN THE COMMISSION OF, OR WHICH CONSTITUTE EVIDENCE OF CRIMINAL CONDUCT: **SEE ATTACHMENT A**

_____  12-02-2021
Affiant

APA John L Casey, P56162 approved via email
12-02-2021

Assistant Prosecuting Attorney
Wayne County Prosecutors Office

_____ P78121
Judge/Magistrate 3rd Circuit/36th District
Wayne County

Dec 2, 2021    3:50pm

**STATE OF MICHIGAN**
**COUNTY OF WAYNE**

**AFFADAVIT**

**THE FOLLOWING FACTS ARE SWORN TO BY AFFIANT IN SUPPORT OF THE ISSUANCE OF THIS WARRANT:**

### I. INTRODUCTION AND AGENT BACKGROUND

1. I am a Police Officer with the Detroit Police Department and have been since May of 2016. I am currently assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives Detroit Field Division as a Task Force Officer with a primary responsible of investigating leads generated from the National Integrated Ballistic Information Network (NIBIN). I am certified under the Michigan Commission on Law Enforcement Standards requirements. In addition, I successively completed the criminal justice undergraduate program, earning a bachelor's degree, from Wayne State University. Prior to working with the ATF, I was assigned to the Detroit Police Department's Gang Intelligence Unit. During my employment with the Detroit Police Department, I have conducted and/or participated in numerous criminal investigations focused on firearms, drug trafficking violations, and criminal street gangs.

2. This affidavit is intended to show probable cause for the requested warrant and does not set forth all of the information known to law enforcement regarding this investigation.

3. I am currently conducting a criminal investigation concerning Jamar Calvin Lee-Stinson (DOB: ▇▇-2003) for violations of felonious assault, possession of a firearm by a convicted felon and other criminal offenses documented in DPD report 2111080324. Probable cause exists that evidence related to those offenses are located inside of the TARGET PREMISES.

### II. PROBABLE CAUSE

4. Affiant, Police Officer Troy Williams Badge #4915, is a sworn member of the Detroit Police Department (DPD) currently assigned to the Firearms Investigation Team (FIT). On November 15, 2021, the Affiant, reviewed NIBIN pattern 774-21-001253, which consist of numerous DPD documented incidents including but not limited to DPD report 2111080324 A summary of DPD report 2111080324 is as follows:

**DPD Sunguard Report 2111080324**

A. On November 08, 2021, officers responded to the BP gas station located at 17151 Gilchrist St, Detroit MI 48235 for a shots fired police run. Upon arrival, one black female (complainant) greeted officers. According to the complainant, multiple black males engaged in a verbal altercation outside of the BP gas station, which transpired into an exchange of gun fire. Additionally, the complainant stated that her vehicle, being a red dodge caliber, sustained damage to the front windshield and front passenger window during the gun fire exchange. Officers also observed that the structure and gas pumps

**STATE OF MICHIGAN**
**COUNTY OF WAYNE**

of the BP gas station sustained damage as a result of the gun fire exchange. Officers reviewed greenlight video surveillance produce by the BP gas station, which displayed the incident documented in DPD report **2111080324**. Officer's recovered several 9 mm and .40 caliber cartridge casings from the scene, which were subsequently entered into the National Integrated Ballistic Information Network (NIBIN).

B. Law enforcement personal investigated the .40 caliber cartridges casings recovered from the "shots fired" police run documented in DPD report 2111080324. By doing so, law enforcement personal entered the .40 caliber casings into the Integrated Ballistic Identification System (IBIS). IBIS is the platform connecting the National Integrated Ballistic Information Network (NIBIN), the ATF administered automated ballistic imaging technology used to acquire digital images of markings made by a firearm on fired cartridge cases. The NIBIN National Correlation and Training Center (NNCTC) reviewed the images and issued a high confidence lead indicating the 9mm casing cartridges recovered at the "shots fired" police run match the .40 caliber cartridge casings recovered from the following DPD documented incidents and were likely fired from the same gun: ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ and ▌▌▌▌▌▌▌▌▌.

C. On November 09, 2021, Detroit Police Officer Shannon Bullock of the Avert Unit, extracted video footage of the incident documented in DPD 2111080324. The video extraction was placed on evidence under evidence tag 666062-31.

D. On November 15, 2021, DPD Police Officer (PO) Troy Williams and Detective (Det) Jeb Rutledge reviewed NIBIN lead 774-21-001253 which includes the following DPD documented incidents: ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

E. On November 24, 2021, PO Troy Williams and Det. Jeb Rutledge met with DPD 12th Precinct Police Officer Terrell Williams in regards to NIBIN pattern 774-21-001253, with a specific focus on DPD documented incident ▌▌▌▌▌▌▌▌▌. Police Officer Terrell Williams provided PO Troy Williams and Det. Jeb Rutledge with surveillance footage from the BP gas station located at 17151 Gilchrist St. PO Troy Williams and Det. Jeb Rutledge reviewed the aforementioned video surveillance of DPD documented incident 2111080324 which displayed the following series of events:

- On November 8, 2021 at approximately 7:00 pm, a gray Chevrolet Malibu (hereinafter referred to as TARGET VEHICLE) with a white front bumper and quarter panel arrived at 17151 Gilchrist St. Upon parking at the gas station pump, a black male with the following description: medium-dark complexion with braids, wearing a black zip-up jacket with two white stripes on the sleeves of the jacket, dark colored jeans and a white shirt underneath the jackets, exited the passenger seat of the TARGET VEHICLE. An additional black male, wearing a black facemask and a black female exited the TARGET VEHICLE as well. The aforementioned occupants of the TARGET VEHICLE went inside of the BP gas station. Surveillance footage shows, the black male wearing the black zip-up

**STATE OF MICHIGAN**
**COUNTY OF WAYNE**

jacket with white stripes on the sleeves (hereinafter referred to as SUSPECT 1) enter into the establishments, while holding his pants up with his right hand. Surveillance footage shows SUSPECT 1 appear in and out of camera view within the gas station. SUSPECT 1 eventually approaches the counter and waits in line as if he was attempting to make a purchase. While SUSPECT 1 was waiting in line, two unknown black males exited a black Jeep Liberty and entered into the establishment, one wearing a gray hoodie and blue jeans gripped the handle of a firearm in his right front pocket as he passed SUSPECT 1. SUSPECT 1, then removed a firearm from his waistband and placed it on the gas station counter. Below, titled image 2 depicts SUSPECT 1 removing the firearm from his waistband. Furthermore, SUSPECT 1 executed his purchase and retrieved the firearm from the counter before exiting the gas station. While exiting the gas station, SUSPECT 1 appears to be engaging in a verbal altercation with the unknown black males mentioned above. SUSPECT 1 leaves the gas station and enters into the front passenger side of the TARGET VEHICLE.

Image 2



- Shortly after SUSPECT 1 exits the gas station, the unknown black males follow. Surveillance footage shows one of the unknown black males produce a firearm and pull the slide to the rear subsequently chambering a cartridge into the barrel. At this time the doors to the TARGET VEHICLE, which contains SUSPECT 1, open and surveillance footage shows the occupants of the TARGET VEHILCE

**STATE OF MICHIGAN**
**COUNTY OF WAYNE**

firing shots at the unknown black males as they exited the gas station. The unknown black males retreat behind the black Jeep Liberty. The TARGET VEHICLE continued to depart the gas station parking lot, while continuing to stay in camera view, SUSPECT 1 exits the passenger side of the TARGET VEHICLE and fired more shots at the unknown males. In addition, surveillance footage shows SUSPECT 1 fire a shot, which caused simultaneous impact to a red Dodge Caliber caught in the crossfire, this is shown in image 3. SUSPECT 1 returns back to the vehicle and fled east on 8 mile.

Image 3



F. During the month of November 2021, PO Terrell Williams captured an image of SUSPECT 1 from the aforementioned surveillance footage. PO Terrell Williams then provided DPD intelligence analyst with the screen capture of SUSPECT 1, who then performed an analysis of the individual depicted in the screen capture. DPD intelligence analysis issued an investigative lead report which stated that the following individual (SUSPECT 1) depicted in the screen capture is believed to be Jamar Calvin LEE-STINSON (B/M/ -2003).

G. Upon receiving the investigative lead report, identifying LEE-STINSON as SUSPECT 1, PO Troy Williams queried LEE-STINSON's criminal history in the Law Enforcement Information Network (LEIN), which yielded the following criminal conviction:

a) On September 30, 2021, LEE-STINSON entered a guilty plea of felony weapons-carrying concealed out of 3rd circuit court and was sentenced November 15, 2021.

b) In addition, PO Troy Williams obtained a SOS photograph of LEE-STINSON, which is depicted below, titled image 4. Based on the criminal history check of LEE STINSON, is a convicted felon and unable to possess firearms.

LEE-STINSON-00199

**STATE OF MICHIGAN**
**COUNTY OF WAYNE**

Image 4



### III. LEE-STINSON association to the TARGET PREMISES

H. On November 24, 2021, PO Troy Williams and Det. Jeb Rutledge received intelligence that LEE-STINSON currently resides at ▮▮▮ Shiawassee Street APT ▮▮▮ building ▮▮▮ Southfield MI ▮▮▮ (hereinafter referred to as the TARGET PREMISES).

I. On November 29, 2021, Sgt. Brandon Shortridge made contact with the management company of the TARGET PREMISES. Personal of the management company advised Sgt. Shortridge that LEE-STINSON is the lease holder of the TARGET PREMISE and has been so for approximately one month.

J. On December 1, 2021, Det. Jeb Rutledge and PO Stuart Martin acting in an undercover capacity performed a ruse at the TARGET PREMISES. According to Det. Jeb Rutledge a black male opened the door to the target premises wearing only underwear and no shirt. Det. Rutledge, having seen the aforementioned surveillance footage multiple times, the below screen captures from the BP surveillance footage titled Image 5 and 6, and a Michigan state ID photograph of LEE-STINSON, concluded that the black male who opened the door to the TARGET PREMISES and SUSPECT 1 from the BP surveillance footage are same individual which is LEE-STINSON.

K. On December 2, 2021, PO Terrell Williams interviewed an associate of LEE-STINSON, who stated that he has known of LEE-STINSON for approximately 1-2 years. The associate was provided with a screen-captured photograph from the BP gas station

**STATE OF MICHIGAN**
**COUNTY OF WAYNE**

surveillance footage. Upon seeing the photograph she identified the individual in the photograph as a person she calls "Mar."

Image 5

Image 6





## IV. Training and Experience Firearms

5. Based on my training and experience and discussions with other law enforcement agents, individuals who possess firearms, which are durable and non-perishable items, often maintain possession of them for extended periods of time. Individuals who possess firearms also possess other items associated with their firearms including ammunition, magazines, holsters, cases and records indicating purchase, and use, maintenance or sale of such items.

6. Based on my training, experience and past firearms investigations, individuals who possess firearms illegally will keep receipts, price tags, boxes, and other evidence of their firearms purchases.

7. Based on Affiant's training and experience, LEE-STINSON, a convicted felon, will retain possession of that firearm as discussed above.

**STATE OF MICHIGAN**
**COUNTY OF WAYNE**

8. Firearms possessed by LEE-STINSON are more valuable to LEE-STINSON than the average. Purchaser because, as a prohibited person, he cannot purchase a firearm on his own. Further, any attempts to purchase a firearm exposes him to potential arrest and prosecution.

9. Based on the lack of access to, and the lack of ability to purchase firearms by prohibited persons, prohibited persons use other non-prohibited individuals to obtain firearms;

10. A prohibited person will not be able to readily replace that firearm due to their prohibited status.

11. It is common practices for individuals who possess firearms, both legally and illegally, to store, maintain, carry and possess these firearms on their person, in their vehicle, and/or in their residence. The firearms are frequently readily accessible for personal protection and the protection of their residences and property; and

12. The vast majority of firearms seized by law enforcement are seized in one or all of the above locations.

13. In conclusion, based on the aforementioned information, your affiant believes that evidence of the above criminal offenses will be located inside of the TARGET PREMISES.

**STATE OF MICHIGAN**
**COUNTY OF WAYNE**

## ATTACHMENT A
## LIST OF INFORMATION TO BE SEIZED

The government is entitled to seize all information that constitutes fruit, evidence, or instrumentalities of the above criminal offenses including, but not limited to the following matters:

a. Firearms, firearm parts or ammunition, and firearms parts and accessories.

b. Information and items of personal property that tend to identify the persons in residence, occupancy, control or ownership of the TARGET PREMISES that is the subject of this warrant;

c. Clothing worn during the incident documented in DPD Sunguard report 2111080324.

d. Cellular device belonging to LEE-STINSON, which will assist in the furtherance of the investigation.

_[signature]_   12-02-2021

Affiant

**APA John L Casey, P56162** approved via email
12-02-2021

_[signature]_   P78121

Assistant Prosecuting Attorney
Wayne County Prosecutors Office

Judge/Magistrate 3rd Circuit/36th District
Wayne County

3:50pm
Dec 2, 2021